ORDERED.

Dated:  September 06, 2019

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                                 CASE NO.: 8:19-bk-03877-MGW
                                                                                                            CHAPTER 7
Katheline Nunez,
      Debtor.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration for hearing on August 22, 2019 at 9:30 AM on Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Secured Creditor") Motion for Relief from Stay (Docket No. 7) and Trustee's Response (Docket No. 9).  For the reasons stated orally on the record, Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED, effective 90-days from entry of this Order.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated after 90-days from entry of this Order as to the Secured Creditor's interest in the following property located at 20728

Great Laurel Avenue Tampa, Florida 33647 in Hillsborough County, Florida, and legally described as:

**Lot 4 block 81 of Live Oak Preserve Phase 1C Villages 3/4/5/6, according to the plat thereof, as recorded in Plat Book 99, page 17, of the Public Records of Hillsborough County, Florida.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is denied as moot.

6. Attorneys' fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Christopher P. Salamone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.